THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK MAIL AND NEWSPAPER TRANSPORTATION COMPANY, Appellant, *v.* STATE BOARD OF TAX COMMISSIONERS, Defendants.

THE CITY OF NEW YORK, Intervenor, Respondent.

*People ex rel. N. Y. Mail & N. P. Transp. Co.* v. *State Board of Tax Comrs.*, 163 App. Div. 944, affirmed.

(Argued October 5, 1914; decided October 20, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 5, 1914, which affirmed so much of an order of Special Term reducing a special franchise tax against the relator as withheld costs from the relator and granted them to the intervenor.

*Arthur O. Townsend* for appellant.

*Frank L. Polk,* Corporation Counsel (*Curtis A. Peters* and *Addison B. Scoville* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.